# KENNETH J. MONTGOMERY
## ATTORNEY AT LAW

---

198 ROGERS AVENUE                Tel: (718) 403-9261
SUITE A                               Fax: (347) 402-7103
BROOKLYN, NEW YORK 11225
Email: KEN@KJMONTGOMERYLAW.COM

---

Admitted NY

**VIA: ECF**

MEMO ENDORSED

Magistrate Judith C. McCarthy
United States District Court
Southern District of New York
300 Quarropas St, White Plains, NY 10601

APPLICATION GRANTED

Hon. Victoria Reznik, U.S.M.J.

Dated: 10/16/2023

Re: <u>United States V. Alex Nunez Paula</u>
         23 mj 775 (JCM)

Dear Judge McCarthy:

       This request to the Court is an application to modify the bail conditions of the above-mentioned defendant. I have spoken to both Pretrial and the government and they do not oppose this application. The application is to modify the curfew of his bail to allow Mr. Paul to seek employment. Mr. Paula currently has an offer from Amazon Fresh in Bronx County but needs permission to conduct the interview. If employed he would be confined to SDNY and EDNY for purposes of employment. The address and headquarters of Amazon Fresh is located at 1080 Leggett Avenue, Bronx, NY 10474.

                                             Respectfully submitted,

                                             _____
                                             Kenneth Montgomery, Esq
                                             Attorney for Defendant