# KENNETH J. MONTGOMERY

### ATTORNEY AT LAW

---

198 ROGERS AVENUE  
SUITE A  
BROOKLYN, NEW YORK 11225  
Email:KEN@KJMONTGOMERYLAW.COM

Tel: (718) 403-9261  
Fax: (347) 402-7103

---

Admitted NY

**VIA: ECF**

Victoria Reznik  
Magistrate Judge ~~Judith McCarthy~~  
United States District Court  
Southern District of New York  
300 Quarropas St, White Plains, NY 10601

Re: <u>United States V. Alex Nunez Paula</u>  
      23 MJ 775 (JCM)

Victoria Reznik  
Dear Judge ~~McCarthy~~:

**MEMO ENDORSED**

**APPLICATION GRANTED**

Hon. Victoria Reznik, U.S.M.J.

Dated: 10/20/2023

This request to the Court is an application to modify the bail conditions of the above-mentioned defendant. I have spoken to both Pretrial and the government and they do not oppose this application. This application is to downgrade Mr. Paula's bail status from home confinement to curfew hours set by Pre-Trial. Curfew hours will allow Mr. Paul to seek employment. Mr. Paula currently has an offer from Amazon Fresh in Bronx County but needs permission to conduct the interview. If employed he would be confined to SDNY and EDNY for purposes of employment. The address and headquarters of Amazon Fresh is located at 1080 Leggett Avenue, Bronx, NY 10474.

Respectfully submitted,

*Kenneth Montgomery*  
Kenneth Montgomery, Esq  
Attorney for Defendant